UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA SONNIER, ET AL. | CIVIL ACTION |
| VERSUS | |
| HESCO BASTION USA, LLC, ET AL. | NO.: 12-00728-BAJ-RLB |

### RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 9)**, filed by Plaintiffs Barbara Sonnier and Stephen Gauthreaux (collectively "Plaintiffs"), seeking an order from this Court remanding the above-captioned matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Defendants HESCO Bastion USA, LLC, HESCO Bastion USA, Inc., HESCO Bastion, Ltd., and the Estate of James Heselden (collectively "Defendants") oppose the motion. (Doc. 10.)

On August 23, 2013, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Plaintiffs' Motion to Remand be granted. (Doc. 18.)

On September 6, 2013, Defendants timely filed written objections to the Magistrate Judge's Report and Recommendation. (Doc. 19.) However, after carefully considering Plaintiffs' motion, Defendants' memorandum in opposition, the Magistrate Judge's Report and Recommendation, Defendants' objections, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and

Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 18)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 20th day of September, 2013.

---
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**